**FILED**

APR 04 2025

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____
_____ DEP CLK

# United States District Court
### Eastern District of North Carolina
### Western Division

Case No. 5:25-CT-3073-BD

(To be filled out by Clerk's Office only)

SAMUEL CHRISTOPHER DAYNE SNADER

Inmate Number 205397

_____
*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

ENNIS WRIGHT

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

## COMPLAINT

*(Pro Se Prisoner)*

Jury Demand?
☑ Yes
☐ No

---

### <u>NOTICE</u>

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Page 1 of 10

## I.    COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

- ☒    42 U.S.C. § 1983 (state, county, or municipal defendants)

- ☐    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

- ☐    Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II.    PLAINTIFF INFORMATION

SAMUEL CHRISTOPHER DWAYNE SHADER
_____
Name

005397
_____
Prisoner ID #

CUMBERLAND COUNTY DETENTION CENTER
_____
Place of Detention

204 GILLESPIE STREET
_____
Institutional Address

FAYETTEVILLE                NC                28301
_____
City                        State           Zip Code

## III.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

- ☒  Pretrial detainee    ☒ State      ☐ Federal
- ☐  Civilly committed detainee
- ☐  Immigration detainee
- ☐  Convicted and sentenced state prisoner
- ☐  Convicted and sentenced federal prisoner

## IV.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: _ENNIS WRIGHT_

Name

_SHERIFF_

Current Job Title

_204 GILLESPIE STREET_

Current Work Address

_FAYETTEVILLE_          _NC_          _28301_

City                          State                     Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 2: _____

Name

_____

Current Job Title

_____

Current Work Address

_____

City                          State                     Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

**Defendant(s) Continued**

Defendant 3: _____
Name

_____
Current Job Title

_____
Current Work Address

_____
City                          State                    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both


Defendant 4: _____
Name

_____
Current Job Title

_____
Current Work Address

_____
City                          State                    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

## V.     STATEMENT OF CLAIM

Place(s) of occurrence: _CUMBERLAND COUNTY DETENTION CENTER_

Date(s) of occurrence: _10-10-2024, 10-31-2024_

State which of your federal constitutional or federal statutory rights have been violated:

_6th, 14th Amendments To The United States Constitution and The right to equal Access_

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

| Who did what to you? |
|---|

_On Or About 10-10-2024 Plaintiff Tried to initiate A Civil Action in State Court; Ennis Wright Acting as Sheriff Has denied Plaintiff's fundamental Right Of Access To The Courts By implementing A Policy of NOT Allowing the utilization of The Certified/Registered mail Proceedure._

| | |
|---|---|
| **What happened to you?** | On 10-21-2024 Plaintiff Filed An Grievence on Jail Kiosk Rec#1095-245765 Statement: I need To utilize Certified/Registered mail Thank you. Response: We do not offer certified mail Resolved: 10-25-2024 |

Appeal
Filed: 10-25-2024
Resolved: 11-12-2024
Appeal Statement: I need to utilize Certified/registered mail
Appeal findings: We do not offer certified mail

| | |
|---|---|
| **When did it happen to you?** | |

| | |
|---|---|
| **Where did it happen to you?** | |

**What was your injury?**

Ennis Wright Acting as Sheriff has intentionally blocked Access to the courts through the utilization of their certified/ Registered mail Procedure.

This Policy blocking the use of certified/ Registered mail At Cumberland County Detention center does not create any penological interests in security or Problems for the facility

This Policy not only creates A substantial burden for the Plaintiff, But for Anyone trying to access the courts through certified/ Registered mail from inside the Cumberland County Detention center

This Policy has caused substantial Emotional and Psychological harm and has been detrimental to the litigation of the Plaintiffs cases and estate.

## VI.  ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?  ▣ Yes  ☐ No

If no, explain why not:

Is the grievance process completed?  ▣ Yes  ☐ No

If no, explain why not:

## VII.  RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

Issue An Order Requiring The State Court to Vacate All Charges in File No.

Issue An injuction requiring The Policy to be Changed

Issue A monetary Judgment that the Courts see Fit

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☐ Yes ☒ No

       If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. PLAINTIFF'S CERTIFICATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

3/31/2025
Dated

Plaintiff's Signature

SAMUEL CHRISTOPHER DAYNE, SNADER
Printed Name

205397
Prison Identification #

204 GILLESPIE STREET FAYETTEVILLE, NC 28301

| Prison Address | City | State | Zip Code |