Samuel Braxton #0205397
904 Gillispie Street
Fayetteville, N.C. 28301

RECEIVED

APR 04 2025

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

Clerk of Court
United States District Court
Eastern District of North Carolina
P.o. Box 25670
Raleigh, N.C. 27611

Case 5:25-ct-03073-BO-RJ   Document 1-1   Filed 04/04/25   Page 1 of 1