Samuel Snoden #205397
204 Gillespie Street
Fayetteville, NC. 28301

FREEDOM
FOREVER/USA

RECEIVED

OCT 06 2025

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

* Legal Mail *

United States District Court
P.O. BOX 25670
Raleigh, NC. 27611

MAILED FROM
CCDC

°°° Time Sensitive °°°

Case 5:25-ct-03073-BO-RJ    Document 18-1    Filed 10/06/25    Page 1 of 1