# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

| | | |
|---|---|---|
| SAMUEL CHRISTOPHER DAYNE SNADER<br>*Plaintiff(s)*<br><br>v.<br><br>ENNIS WRIGHT, ET AL.,<br>*Defendant(s)* | ) | Civil Action No. 5:25-CT-3073-BO |

**SUMMONS IN A CIVIL ACTION**

To: Jonathan Morgan, Acting Sheriff
Cumberland County Sheriff's Office
131 Dick Street
Fayetteville, NC 28301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Samuel Christopher Dayne Snader 205397
Cumberland County Detention Center
204 Gillespie Street
Fayetteville, NC 28301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Peter A. Moore, Jr., Clerk of Court*

Date: November 4, 2025

*Signature of Clerk or Deputy Clerk*